**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**

| | |
|---|---|
| In re: Alfonso Izildo Quizado | CASE NO. 18-50540 |
| Debtor(s) | CHAPTER 13 |

**ORDER CONVERTING CASE**

It is hereby ORDERED that this case, be and the same hereby, is converted from a case under Chapter 13 to a case under Chapter 7 of Title 11 of the United States Code, and it is further

ORDERED

that the debtor(s) (or trustee) in the superseded case shall file with the Court a final report and account within thirty (30) days from the date of the entry of this Order.   Said report shall include a schedule of unpaid debts incurred after commencement of the superseded case.   Said report shall also include the name, address and zip code in MATRIX form of all such additional creditors.

It is further ORDERED that the trustee shall be discharged from any further liability upon the bond if no objections to said report are properly filed within fourteen (14) days of the filing of said report.

It is further ORDERED that if an Order confirming a plan was entered in the superseded case, the Debtor(s) (or trustee) shall file with the Court (A) a schedule of property not listed in the final report and account, which property was acquired after the filing of the original petition but before the entry of this Conversion Order; (B) a schedule of unpaid debts not listed in the final report and account, additionally in matrix form, incurred after confirmation but before entry of this Conversion Order;   and (C) a schedule of executory contracts entered into or assumed after the filing of the original petition but before entry of this Conversion Order.

It is further ORDERED that any employer heretofore directed to withhold funds shall forthwith cease making deductions and remit any funds to the interim trustee designated in the Chapter 7 case if applicable. In the alternative, if the debtor(s) established electronic payments to be paid to the trustee, the debtor or the trustee, if able, should immediately cease all future scheduled payments, if any.

Service of a copy of this Order shall be by mail upon the debtor(s), attorney for the debtor(s), trustee, if any, interim trustee, if applicable, U.S. Trustee, and all creditors and parties in interest.

Entered:   June 25, 2018

_Rebecca B Connelly_
Rebecca B. Connelly, Judge

van08