# Exhibit 2

Case No. 18-50540
Afonso Izildo Quizado
v.
John S. Lyon, D.D.S., Inc.
Dr. John S. Lyon
July 15, 2021

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF VIRGINIA

| In re: Alfonso Izildo Quizado | CASE NO.   18-50540 |
|---|---|
| Debtor(s) | CHAPTER   13 |

ORDER CONVERTING CASE

    It is hereby ORDERED that this case, be and the same hereby, is converted from a case under Chapter 13 to a case under Chapter 7 of Title 11 of the United States Code, and it is further

ORDERED

that the debtor(s) (or trustee) in the superseded case shall file with the Court a final report and account within thirty (30) days from the date of the entry of this Order.   Said report shall include a schedule of unpaid debts incurred after commencement of the superseded case.   Said report shall also include the name, address and zip code in MATRIX form of all such additional creditors.

    It is further ORDERED that the trustee shall be discharged from any further liability upon the bond if no objections to said report are properly filed within fourteen (14) days of the filing of said report.

    It is further ORDERED that if an Order confirming a plan was entered in the superseded case, the Debtor(s) (or trustee) shall file with the Court (A) a schedule of property not listed in the final report and account, which property was acquired after the filing of the original petition but before the entry of this Conversion Order; (B) a schedule of unpaid debts not listed in the final report and account, additionally in matrix form, incurred after confirmation but before entry of this Conversion Order;   and (C) a schedule of executory contracts entered into or assumed after the filing of the original petition but before entry of this Conversion Order.

    It is further ORDERED that any employer heretofore directed to withhold funds shall forthwith cease making deductions and remit any funds to the interim trustee designated in the Chapter 7 case if applicable. In the alternative, if the debtor(s) established electronic payments to be paid to the trustee, the debtor or the trustee, if able, should immediately cease all future scheduled payments, if any.

    Service of a copy of this Order shall be by mail upon the debtor(s), attorney for the debtor(s), trustee, if any, interim trustee, if applicable, U.S. Trustee, and all creditors and parties in interest.

Entered:   June 25, 2018

*/s/ Rebecca B Connelly*
Rebecca B. Connelly, Judge

van08

United States Bankruptcy Court
Western District of Virginia

In re:                                                                    Case No. 18-50540-rbc
Afonso Izildo Quizado                                                     Chapter 7
   Debtor

## CERTIFICATE OF NOTICE

District/off: 0423-5          User: adamsm              Page 1 of 1              Date Rcvd: Jun 27, 2018
                              Form ID: pdf003           Total Noticed: 12

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 29, 2018.
db          +Afonso Izildo Quizado,   709 Ivy Street,   Apartment 3,   Waynesboro, VA 22980-3762
tr          +Herbert L Beskin(82),   PO Box 2103,   Charlottesville, VA 22902-2103
4603995     +Augusta County Gen. District Court,   6 East Johnson Street,   2nd Floor,
              Staunton, VA 24401-4398
4603997      Comcast,   Bankruptcy Department,   PO Box 3005,   Southeastern, PA 19398-3005
4603998      Credit Management LP,   4200 International Parkway,   Carrollton, TX 75007-1912
4603999     +Elaine Saviete,   600 Lovers Lane,   Waynesboro, VA 22980-3526
4604000     +Glasser and Glasser, PLC.,   P.O. Box 3400,   Norfolk, VA 23514-3400
4604001     +John Lyon DDS,   2700 Hydraulic Road,   Charlottesville, VA 22901-8915
4604002     +Property Management of VA,   42 Stoneridge Drive,   P.O. Box 1011,   Waynesboro, VA 22980-0735

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4603994       E-mail/Text: ally@ebn.phinsolutions.com Jun 27 2018 21:26:56      Ally Automotive Financing,
              P. O. Box 130424,   Saint Paul, MN 55113-0004
4604753       E-mail/Text: ally@ebn.phinsolutions.com Jun 27 2018 21:26:56      Ally Bank,   PO Box 130424,
              Roseville, MN 55113-0004
4603996       E-mail/Text: bankruptcy@bbandt.com Jun 27 2018 21:26:59      BB&T,   Bankruptcy Department,
              PO Box 1847,   Wilson, NC 27894
                                                                                              TOTAL: 3

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 29, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 27, 2018 at the address(es) listed below:
              George I Vogel(74)    VA16@ecfcbis.com;kbrown@vogelandcromwell.com
              Herbert L Beskin(82)    hbeskin@cvillech13.net, bss@cvillech13.net
              Roland S. Carlton, Jr.    on behalf of Debtor Afonso Izildo Quizado
               rcarlton@carltonlegalservices.com,
               melissa@carltonlegalservices.com;ecarlton@carltonlegalservices.com;alexandra@carltonlegalservices
               .com
              USTrustee    USTPRegion04.RN.ECF@usdoj.gov
                                                                                              TOTAL: 4