# Exhibit 3

Case No. 18-50540
Afonso Izildo Quizado
v.
John S. Lyon, D.D.S., Inc.
Dr. John S. Lyon
July 15, 2021

| **Information to identify the case:** | | | |
|---|---|---|---|
| Debtor 1 | **Afonso Izildo Quizado** | Social Security number or ITIN | **xxx–xx–7621** |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Western District of Virginia** | Date case filed in chapter **13** | **6/14/18** |
| Case number: | **18–50540** | Date case converted to chapter **7** | **6/25/18** |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| **1.** | **Debtor's full name** | Afonso Izildo Quizado | |
| **2.** | **All other names used in the last 8 years** | | |
| **3.** | **Address** | 709 Ivy Street<br>Apartment 3<br>Waynesboro, VA 22980 | |
| **4.** | **Debtor's attorney**<br>Name and address | Roland S. Carlton Jr.<br>Carlton Legal Services, PLC<br>118 MacTanly Place<br>Staunton, VA 24401 | Contact phone (540)213–0547 |
| **5.** | **Bankruptcy trustee**<br>Name and address | George I Vogel(74)<br>PO Box 18188<br>Roanoke, VA 24014 | Contact phone (540) 982–1220 |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**          page **1**

Debtor **Afonso Izildo Quizado**　　　　　　　　　　　　　　　　　　　　　　　　　　Case number **18–50540**

| 6. | **Bankruptcy clerk's office**  Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | 116 N. Main St., Room 223  Harrisonburg, VA 22802 | Hours open 8 a.m. – 4:30 p.m.  Contact phone (540) 434–8327  Date: 6/27/18 |
|---|---|---|---|
| 7. | **Meeting of creditors**  Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **August 21, 2018 at 09:00 AM**  The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.  *** Valid photo identification required *** | Location:  **cr mtg, STN, Gen. Dist. Courtroom, 1st Flr, 113 E. Beverley St., Staunton, VA 24401** |
| 8. | **Presumption of abuse**  If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| 9. | **Deadlines**  The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**  **You must file a complaint:**  • if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or  • if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).  **You must file a motion:**  • if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 10/22/18** |
| | | **Deadline to object to exemptions:**  The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. | **Proof of claim**  Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 11. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 12. | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**　　　　　page **2**

United States Bankruptcy Court
Western District of Virginia

In re:                                                                    Case No. 18-50540-rbc
Afonso Izildo Quizado                                                     Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0423-5          User: adamsm          Page 1 of 1           Date Rcvd: Jun 27, 2018
                              Form ID: 309A         Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 29, 2018.
db            +Afonso Izildo Quizado,   709 Ivy Street,   Apartment 3,   Waynesboro, VA 22980-3762
tr            +George I Vogel(74),   PO Box 18188,   Roanoke, VA 24014-0815
tr            +Herbert L Beskin(82),   PO Box 2103,   Charlottesville, VA 22902-2103
4603995       +Augusta County Gen. District Court,   6 East Johnson Street,   2nd Floor,
                Staunton, VA 24401-4398
4603997        Comcast,   Bankruptcy Department,   PO Box 3005,   Southeastern, PA 19398-3005
4603999       +Elaine Saviete,   600 Lovers Lane,   Waynesboro, VA 22980-3526
4604000       +Glasser and Glasser, PLC.,   P.O. Box 3400,   Norfolk, VA 23514-3400
4604001       +John Lyon DDS,   2700 Hydraulic Road,   Charlottesville, VA 22901-8915
4604002       +Property Management of VA,   42 Stoneridge Drive,   P.O. Box 1011,   Waynesboro, VA 22980-0735

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty            E-mail/Text: rcarlton@carltonlegalservices.com Jun 27 2018 21:26:54     Roland S. Carlton, Jr.,
                Carlton Legal Services, PLC,   118 MacTanly Place,   Staunton, VA   24401
ust           +E-mail/Text: ustpregion04.rn.ecf@usdoj.gov Jun 27 2018 21:27:02     USTrustee,
                Office of the United States Trustee,   210 First Street, Suite 505,   Roanoke, VA 24011-1620
4603994        EDI: GMACFS.COM Jun 28 2018 01:33:00     Ally Automotive Financing,   P. O. Box 130424,
                Saint Paul, MN 55113-0004
4604753        EDI: GMACFS.COM Jun 28 2018 01:33:00     Ally Bank,   PO Box 130424,   Roseville, MN 55113-0004
4603996        E-mail/Text: bankruptcy@bbandt.com Jun 27 2018 21:26:58     BB&T,   Bankruptcy Department,
                PO Box 1847,   Wilson, NC 27894
4603998        EDI: CMIGROUP.COM Jun 28 2018 01:33:00     Credit Management LP,   4200 International Parkway,
                Carrollton, TX 75007-1912
                                                                                              TOTAL: 6

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 29, 2018                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 27, 2018 at the address(es) listed below:
              George I Vogel(74)    VA16@ecfcbis.com;kbrown@vogelandcromwell.com
              Herbert L Beskin(82)    hbeskin@cvillech13.net,  bss@cvillech13.net
              Roland S. Carlton, Jr.    on behalf of Debtor Afonso Izildo Quizado
               rcarlton@carltonlegalservices.com,
               melissa@carltonlegalservices.com;ecarlton@carltonlegalservices.com;alexandra@carltonlegalservices
               .com
              USTrustee    USTPRegion04.RN.ECF@usdoj.gov
                                                                                              TOTAL: 4