# Exhibit 4

Case No. 18-50540

Afonso Izildo Quizado

v.

John S. Lyon, D.D.S., Inc.

Dr. John S. Lyon

July 15, 2021

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **Afonso Izildo Quizado** | Social Security number or ITIN **xxx−xx−7621** |
| | First Name   Middle Name   Last Name | EIN  _ _−_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _−_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **Western District of Virginia** | | |
| Case number:   **18−50540** | | |

# Order of Discharge                                                                                                    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Afonso Izildo Quizado

10/23/18                                                              **By the court:**  Rebecca B. Connelly
                                                                                          United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Western District of Virginia

In re:                                                                  Case No. 18-50540-rbc
Afonso Izildo Quizado                                                   Chapter 7
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0423-5          User: morrisl          Page 1 of 1              Date Rcvd: Oct 23, 2018
                              Form ID: 318           Total Noticed: 11

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 25, 2018.
db              +Afonso Izildo Quizado,    709 Ivy Street,    Apartment 3,    Waynesboro, VA 22980-3762
4603995         +Augusta County Gen. District Court,    6 East Johnson Street,    2nd Floor,
                  Staunton, VA 24401-4398
4603997          Comcast,    Bankruptcy Department,    PO Box 3005,    Southeastern, PA 19398-3005
4603999         +Elaine Saviete,    600 Lovers Lane,    Waynesboro, VA 22980-3526
4604000         +Glasser and Glasser, PLC.,    P.O. Box 3400,    Norfolk, VA 23514-3400
4604001         +John Lyon DDS,    2700 Hydraulic Road,    Charlottesville, VA 22901-8915
4604002         +Property Management of VA,    42 Stoneridge Drive,    P.O. Box 1011,    Waynesboro, VA 22980-0735

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4603994          EDI: GMACFS.COM Oct 24 2018 02:03:00      Ally Automotive Financing,    P. O. Box 130424,
                  Saint Paul, MN 55113-0004
4604753          EDI: GMACFS.COM Oct 24 2018 02:03:00      Ally Bank,    PO Box 130424,    Roseville, MN 55113-0004
4603996          E-mail/Text: bankruptcy@bbandt.com Oct 23 2018 22:19:02      BB&T,    Bankruptcy Department,
                  PO Box 1847,    Wilson, NC 27894
4603998          EDI: CMIGROUP.COM Oct 24 2018 02:03:00      Credit Management LP,    4200 International Parkway,
                  Carrollton, TX 75007-1912
                                                                                               TOTAL: 4

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 25, 2018                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 23, 2018 at the address(es) listed below:
              George I Vogel(74)    VA16@ecfcbis.com;kbrown@vogelandcromwell.com
              Roland S. Carlton, Jr.    on behalf of Debtor Afonso Izildo Quizado
               rcarlton@carltonlegalservices.com,
               melissa@carltonlegalservices.com;ecarlton@carltonlegalservices.com;alexandra@carltonlegalservices
               .com;mary@carltonlegalservices.com
              USTrustee    USTPRegion04.RN.ECF@usdoj.gov
                                                                                               TOTAL: 3