# Exhibit 5

Case No. 18-50540

Afonso Izildo Quizado

v.

John S. Lyon, D.D.S., Inc.

Dr. John S. Lyon

July 15, 2021

# SUMMONS TO ANSWER INTERROGATORIES
Va. Code §§ 8.01-506, 16.1-103

**Albemarle County** ......................................................... General District Court
CITY OR COUNTY

**501 East Jefferson Street Charlottesville VA 22902**
STREET ADDRESS OF COURT

TO ANY SERVING OFFICER: Serve this summons on the Respondent then return this summons to the Court of Commissioner in Chancery designated below before whom the Respondent is to appear.

TO THE RESPONDENT: A Writ of Fieri Facias was issued on a judgment in favor of Judgment Creditor(s) against Judgment Debtor(s) as indicated below, and the Writ of Fieri Facias constitutes a lien upon the personal estate(s) of the Judgment Debtor(s). At the Judgment Creditor(s) request, you are hereby commanded to appear on

**06/10/2021** at **03:00 pm** before
DATE                                                    TIME

[X] this Court (or) [ ] .................................................. Court (or)
[ ] .................................................. Commissioner in Chancery
STREET ADDRESS

to answer questions concerning property and assets of Judgment Debtor(s) which are held or controlled by the Respondent.

TO JUDGE OR COMMISSIONER IN CHANCERY: Forward these case papers to the issuing court upon completion of the interrogatory proceedings.

**4/14/21** ............................ [signature] ............................
DATE ISSUED        [X] CLERK        [ ] JUDGE

## REQUEST FOR SUMMONS TO ANSWER INTERROGATORIES

I request the issuance of a Summons to Answer Interrogatories in connection with the judgment [ ] in this case [ ] of the .................................................. Court requiring the execution debtor to appear before the court named above, where the execution debtor resides or contiguous thereto. I have paid the required fees and have filed or docketed an Abstract of Judgment in this court. The details and status of such judgment are:

| DATE WRIT OF FIERI FACIAS ISSUED | DATE OF JUDGMENT UPON WHICH | AMOUNT | COSTS | ATTY'S FEES |
|---|---|---|---|---|
|  | December 18, 2014 | $1622.00 | $172.00 | $535.26 |
| LEGAL INTERESTS DUE ON JUDGMENT: RATES AND BEGINNING DATE(S) | | CREDITS | TOTAL BALANCE DUE | |
| $3219.56 : Rate - 18.00%; From 03/15/2010 | | $0.00 | $5548.82 | |

I certify that I have not proceeded against the Judgment Debtor(s) under § 8.01-506 within six (6) months from this date.

**March 22, 2021** ............................ [signature] ............................
DATED ISSUED        [ ] JUDGMENT CREDITOR    [X] JUDGMENT CREDITOR'S ATTORNEY

.................................................. 
ADDRESS/TELEPHONE NUMBER OF [ ] JUDGMENT CREDITOR [ ] JUDGMENT CREDITOR'S ATTORNEY

**WRIT OF FIERI FACIAS TO ANY AUTHORIZED OFFICER:** You are commanded to make the money herein mentioned, the principal, interest, costs and attorney's fees, less credits (itemized on the attached list), as shown above, out of the goods, chattels, money, bank notes and other personal property or intangible personal estate of the Judgment Debtor(s). You are further commanded to make your return to the Clerk's Office within 90 days of this date.

Homestead Exemption Waived? [ ] yes [ ] no [ ] cannot be demanded

**4/14/21** ............................ [signature] ............................
DATE            CLERK

FORM DC-440 (FRONT) 07/09

---

| RETURN DATE | CASE NO. |
|---|---|
| 06/10/2021 | GV13011687-00 |

## SUMMONS TO ANSWER INTERROGATORIES AND WRIT OF FIERI FACIAS

**Quizado, Afonso I**
RESPONDENT [XX] SAME AS DEFENDANT

**709 Ivy St Apt 3**
ADDRESS/LOCATION

**Waynesboro VA 22980**

**(City of Waynesboro)**

IN CONNECTION WITH THE CASE OF:

**John S. Lyon, D.D.S., Inc.**
PLAINTIFF(S)

**TO BE SERVED BY SHENANDOAH CIVIL SERVICE (540) 245-0143**

V.

**Quizado, Afonso I**
DEFENDANT(S)

**709 Ivy St Apt 3**

**Waynesboro VA 22980**
**(City of Waynesboro)**

Plaintiffs are Judgment: [X] Creditors [ ] Debtor(s)
Defendant(s) are Judgment: [ ] Creditors [X] Debtor(s)

ATTORNEY FOR PLAINTIFF(S)

**Neal L. Walters, Scott Kroner, PLC, 418 E. Water St.**
**Charlottesville VA 22902 (434) 220-2700**

WARNING TO RESPONDENT: If you fail to appear in response to this summons, or if you fail to answer questions put to you at the hearing, or if you make answers deemed by the Court or Commissioner presiding to be evasive, YOU MAY BE SUBJECT TO ARREST AND IMPRISONMENT UNTIL SUCH TIME AS YOU SHALL MAKE PROPER ANSWERS.

---

HEARING DATE AND TIME
**06/10/2021**
**03:00 pm**

049100.23715
18164