**SIGNED THIS 31st day of August, 2021**

*Rebecca B. Connelly*
Rebecca B. Connelly
UNITED STATES BANKRUPTCY JUDGE

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

IN RE:  Alfonso Izildo Quizado                    **PRE TRIAL CONTINUANCE ORDER**

ALFONSO IZILDO QUIZADO                            Case number 18-50540
    *Plaintiff*
v.
JOHN S. LYON, D.D.S, INC. and
DR. JOHN S. LYON
    *Defendant(s)*

THIS CAUSE came to be heard Debtor's Motion that the case be reopened and upon Order entered June 8, 2021; upon Plaintiff's Motion for Contempt for Violation of Discharge Order; upon Motion to Dismiss or Summary Judgment filed by Defendants; upon pre-trial hearing held on August 19, 2021; upon the appearance of the plaintiff, by counsel, and the presence of the Defendants, by counsel:

UPON CONSIDERATION WHEREOF, it appearing proper to the Court, it is accordingly ORDERED that:

1. Debtor's aforesaid motion for contempt filed  filed on June 7, 2021, Document #27, shall be deemed to be a complaint.

2. Defendant shall file an answer by September 2, 2021; and

3. The parties may commence discovery and the Court shall not set a cutoff date at this time; and

4. If either party desires to file a dispositive motion; said motion shall be filed by October 6, 2021; and

5. If a dispositive motion is filed, a response to this motion shall be filed by the adverse party by October 20, 2021; and

6.      If the moving party of the dispositive motion desires to file a reply brief to the response by November 11, 2021;

and

7.      A hearing on any filed dispositive motion and a continued pre-trial hearing shall be held by Zoom confereence and not in person on **November 17, 2021** MeetingID: 160 369 2643 URL:

https://vawb-uscourts-gov.zoomgov.com/j/1603692643.

*** End Of Order***

| Presented by: | Seen and Agreed: |
|---|---|
| /s/ Roland S. Carlton, Jr. | /s/ Neal W. Walters |
| Roland S. Carlton, Jr., Esq. | Neal L. Walters, Esq. |
| Counsel for Debtors | Scott Kroner PLC |
| Bar No. 34138 | Counsel for the Defendants |
| Carlton Legal Services, PLC | |
| 118 MacTanly Place | |
| Staunton, VA   24401 | |
| (540) 213-0547 | |
| bankruptcy@carltonlegalservices.com | |